(No. 3846— ▮▮▮▮▮▮▮▮▮▮▮)

STANDARD OIL COMPANY (IND.), Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed March 19, 1946.*

CLAIMANT, pro se.

GEORGE F. BARRETT, Attorney General; C. ARTHUR NEBEL, Assistant Attorney General, for respondent.

ECKERT, J.

Respondent made purchases from the claimant during the month of June, 1943, totaling $8.17. The appropriation for the payment of these items lapsed before the invoices could be submitted. The invoices were, however, submitted within a reasonable time, and non-

payment is without fault on the part of the claimant. Sufficient funds remain unexpended in the appropriation to pay for the same.

An award is therefore entered in favor of the claimant in the amount of $8.17.